371 A.2d 231
Commonwealth v. Leymeister,
Appellant.

Submitted February 23, 1976. Anthony J. Urban, Assistant Public Defender, for appellant; Charles A. Bressi, Assistant District Attorney, and Richard B. Russell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 232
Commonwealth v. Livingston, Appellant.

Submitted February 23, 1976. Reggie B. Walton, Assistant Defender, and Benjamin Lerner, Defender, for appellant; James W. Wilson, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.